ACCEPTED
06-15-00074-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/6/2015 3:46:51 PM
DEBBIE AUTREY
CLERK

## NO.  06-15-00074-CR & 06-15-00075-CR

| | | |
|---|---|---|
| **GLENN EDWIN RUNDLES** | § | **IN THE** |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/6/2015 3:46:51 PM

DEBBIE AUTREY
Clerk

## <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Glenn Edwin Rundles, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 6th Judicial District Court of Lamar County, Texas.

2.     The case below was styled the <u>State of Texas vs. Glenn Edwin Rundles</u>, and numbered 25636 & 25637.

3.     Appellant was convicted for offenses of Aggravated Robbery and Burglary of a Habitation.

4.     Appellant was assessed a sentence of life imprisonment on May 5, 2015

5.     Appellant's notice of appeal was given on May 11, 2015.

6.     The clerk's record was filed on June 18, 2015; the reporter's record was filed on July 10, 2015.

7.     The appellate brief is presently due on August 10, 2015.

8.     Appellant requests an extension of time of 30 days, i.e. until September 10, 2015.

9.     This is the first motion for an extension to file the brief submitted in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

This case involves two separate convictions, mental competency proceedings, and a Reporter's Record consisting of eight volumes. Counsel is unable to perform an adequate review of the record and prepare a professional brief prior to the current due date. Counsel would further show the following:

Counsel serves as counsel for Appellant in Case No. 06-15-00060-CR, styled *Jesse Dwayne Black v. Texas*. The brief in this case is currently due on August 27, 2015.

On July 15, 2015, Counsel had hearings in Cause No. 73435 and Cause No. 81002 in the Lamar County Court at Law. On July 16, 2015, Counsel had a hearing in Cause No. P-17841, Lamar County Court at Law. On July 17, 2015, Counsel performed duties as the acting Municipal Judge for the City of Paris, Texas. On July 22, 2015, Counsel was in a full-day bench trial in the Lamar County Court at Law in the case styled *ITIO King Children*. Counsel was out of the office on 31 July 2015. On August 7, 2015, Counsel will be performing duties as the acting Municipal Judge for the City of Paris, Texas. Counsel also anticipates he will be out of the office on military orders from August 27, 2015 until September 4, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580


By: _____
Don Biard
State Bar No. 24047755
Attorney for Glenn Edwin Rundles

## CERTIFICATE OF SERVICE

This is to certify that on August 6, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via e-mail.


_____
Don Biard

**STATE OF TEXAS** §
§
**COUNTY OF LAMAR** §

# AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _August 6_, 2015, to certify which witness my hand and seal of office.

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016

Notary Public, State of Texas